**Appeal Dismissed and Memorandum Opinion filed August 13, 2020.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-19-00146-CV

## IN THE ESTATE OF ESTANISLADA RODRIGUEZ, DECEASED

**On Appeal from the County Court at Law No. 3**
**Fort Bend County, Texas**
**Trial Court Cause No. 12-CPR-025070**

## MEMORANDUM OPINION

This is an attempted appeal from an order signed February 1, 2019, for the dependent administrator Terry Garcia to pay attorney's fees and expenses. On July 15, 2020, this court informed the parties that it would consider dismissal of the appeal on its own motion for want of jurisdiction, *see* Tex. R. App. P. 42.3(a), because the record reflects that the order is interlocutory and not appealable under *Dumitrov v. Hitt*, 601 S.W.2d 472, 473 (Tex. App.—Houston [14th Dist.] 1980, writ ref'd n.r.e.) (applying the predecessor of Tex. Estates Code § 352.051; reasoning that the "approval of such an expense by the probate court is not a final

judgment; that order may be reviewed and corrected in a settlement of the final account").

This court notified the parties that the appeal would be dismissed unless any party filed a response on or before July 27, 2020, showing meritorious grounds for continuing the appeal. *See* Tex. R. App. P. 42.3(c). No party filed a response.

Accordingly, we dismiss the appeal.


PER CURIAM

Panel consists of Justices Christopher, Wise, and Zimmerer.